UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAGRARIO M.,

                Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

20 **CIVIL** 10027 (GRJ)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Decision and Order dated April 27, 2022, Plaintiff's Motion for Judgment on
the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is
GRANTED; and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York

    April 27, 2022

                                   **RUBY J. KRAJICK**
                                   **Clerk of Court**

                **BY:**

                                   **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:_____
DATE FILED: 4/27/2022